# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

139813 & (53)

AUTO CLUB INSURANCE ASSOCIATION,
     Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY, REVENUE
DIVISION OF THE DEPARTMENT OF
TREASURY, and THE COMMISSIONER OF
REVENUE,
     Defendants-Appellees.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139813
COA: 286600
Ct of Claims: 04-000167-MT

_____/

On order of the Court, the motion for leave to file brief amici curiae is GRANTED. The application for leave to appeal the July 14, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

0120

Clerk